TUCKER ELLIS LLP
Brian K. Brookey - SBN 149522
brian.brookey@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

IRWIN IP LLC
Barry F. Irwin, P.C. (*Pro Hac Vice*)
birwin@irwinip.com
Lisa M. Holubar (*Pro Hac Vice*)
lholubar@irwinip.com
222 S. Riverside Plaza
Ste. 2350
Chicago, IL 60606
Telephone: (312) 667-6080

Attorneys for Plaintiff LKQ Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LKQ CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LKQ OEM PARTS, INC., and FOAD SABETI,<br><br>Defendants. | CASE NO: 2:20-cv-00028-MWF-AFM<br>_____<br><br>**PLAINTIFF LKQ'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, COSTS, AND ATTORNEYS' FEES AGAINST DEFENDANTS LKQ OEM PARTS, INC. AND FOAD SABETI**<br><br>Hearing Date:  April 20, 2020<br>Hearing Time:  10:00 a.m.<br>Courtroom:    5A<br>Assigned to Hon. Michael W. Fitzgerald |

-1-
**PLAINTIFF LKQ'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, COSTS, AND ATTORNEYS' FEES**

1494804.1

**TO THIS HONORABLE COURT AND DEFENDANTS**

**PLEASE TAKE NOTICE** that on Monday, April 20, 2020 at 10:00 a.m. or as soon thereafter as this matter may be heard before the honorable Michael W. Fitzgerald, United States District Judge of the Central District of California at First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, Plaintiff LKQ Corporation ("LKQ" or "Plaintiff") will and hereby does move this Court for entry of default judgment and an order awarding LKQ injunctive relief, costs, and attorneys' fees against Defendants LKQ OEM PARTS, INC. ("LKQ OEM") and Foad Sabeti ("Sabeti") (together "Defendants").

As detailed in LKQ's accompanying Memorandum of Points and Authorities, LKQ Motion is pursuant to Federal Rule of Civil Procedure 55(b)(2) and upon the grounds explained therein and that Defendants were properly served with the Summons and Complaint, failed to respond within the time required by the Federal Rules of Civil Procedure, and the Clerk of Court entered default on February 28, 2020. Accordingly, LKQ requests:

    i.    That LKQ's Motion be GRANTED;

    ii.    A judgment declaring that Defendants have committed trademark infringement under 15 U.S.C. § 1114(1);

    iii.    A judgment declaring that Defendants have committed trademark infringement, unfair competition, and/or false designation of origin under 15 U.S.C. § 1125 (a)(1)(A);

    iv.    A judgment declaring that Defendants have committed state common law trademark infringement under the laws of California;

    v.    A judgment declaring that Defendants have unfairly competed in violation of Cal. Bus. & Prof. Code § 17200 *et seq.*;

    vi.    A judgment declaring that Defendants have unfairly competed in violation of the California common law of unfair competition;

    vii.    Permanent injunctive relief restraining Defendants and any of

Defendants' officers, agents, servants, employees, and all persons in active concert or participation with Defendants from using the LKQ Marks or any other name or mark confusingly similar thereto in connection with any advertising, promotion, offer for sale, or sale of any goods, or services that are similar to the products and services offered by LKQ or using any trademark, trade name, logo, business name or other identifier or acting in any fashion which may be calculated to falsely represent that the goods and services provided, promoted or offered by Defendants are sponsored by, authorized by, licensed by, or in any other way associated with LKQ;

viii. An order pursuant to 15 U.S.C. § 1118 that Defendants must deliver up for destruction all labels, signs; promotional materials advertisements, and any other materials that bear any of the LKQ Marks; and

ix. An order pursuant to 15 U.S.C. § 1117 that due to the willful and deliberate misconduct of Defendants, this case is exceptional, and Defendants must pay LKQ's taxable costs and reasonable attorneys' fees.

LKQ's Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Lisa M. Holubar, the Declaration of Steven Poole, LKQ's Complaint and its accompanying exhibits, other documents on file, matters upon which judicial notice may properly be taken, and such further evidence and arguments as may be presented prior to or at any hearing that may be ordered.

**PLAINTIFF LKQ'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, COSTS, AND ATTORNEYS' FEES**

1494804.1

Dated: March 19, 2020

By */s/ Brian K. Brookey*
TUCKER ELLIS LLP
Brian K. Brookey - SBN 149522
brian.brookey@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:  213.430.3400
Facsimile:   213.430.3409

IRWIN IP LLC
Barry F. Irwin, P.C.
birwin@irwinip.com
Lisa M. Holubar
lholubar@irwinip.com
222 S. Riverside Plaza
Ste. 2350
Chicago, IL 60606
Telephone: (312) 667-6080

*Attorneys for Plaintiff LKQ Corporation*

**PLAINTIFF LKQ'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, COSTS, AND ATTORNEYS' FEES**

1494804.1

# CERTIFICATE OF SERVICE

I am employed in Cook County, Chicago, Illinois. I am over the age of eighteen years and not a party to the within entitled action. My business address is 222 S. Riverside Plaza Ste. 2350, Chicago, IL 60606. I certify that on the date below, a copy of this **PLAINTIFF LKQ'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, COSTS, AND ATTORNEYS' FEES AGAINST DEFENDANTS LKQ OEM PARTS, INC. AND FOAD SABETI** has been served:

(X) BY MAIL: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as below, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice or collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing: it is deposited in the ordinary course of business with the US. Postal Service in Chicago, Illinois, in a sealed envelope with postage fully prepaid.

( ) BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( ) STATE; I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) FEDERAL: I declare that I am employed in the office of a member of the bar of Illinois at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**PLAINTIFF LKQ'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, COSTS, AND ATTORNEYS' FEES**

1494804.1

1 | The mailed service was made at the following addresses:

    Foad Sabeti
    16971 Sierra Hwy
    Canyon Country, California 91351

    LKQ OEM PARTS, INC.
    16971 Sierra Hwy
    Canyon Country, California 91351

March 19, 2020                                *\s\Lisa M. Holubar*
                                                 Lisa M. Holubar

**PLAINTIFF LKQ'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, COSTS, AND ATTORNEYS' FEES**

1494804.1